E-FILED
Wednesday, 25 August, 2004  11:50:44 AM
 Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central                                Docket No.: 02-1408

Division: Peoria

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

Larry Young, Appellant (B-01435)        v.        Burger, etal

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young, B01435                Name: Chris Higgerson

Firm: C/O Pontiac Corr Center            Firm: AG

Address: PO Box 99                       Address: 500 S. 2nd St.

Pontiac, IL. 61764                       Springfield, IL. 62706

Phone: (815) 842-2816                    Phone: (217) 782-0261

---

Judge: Harold Baker                      Nature of Suit Code:  550

Court Reporter: Toni Judd                Date Filed in District Court:  12/16/02

                                         Date of Judgment: 8/18/04

                                         Date of Notice of Appeal: 8/25/04


Counsel:   ___Appointed       ___Retained   _X__Pro Se

Fee Status:   ___Paid    _X__Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central                           Docket No.: 02-1408

Division: Peoria

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

Larry Young, Appellant (B-01435)        v.     Burger, etal

------------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**            **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young, B01435                    Name: Chris Higgerson

Firm: C/O Pontiac Corr Center                Firm: AG

Address: PO Box 99                           Address: 500 S. 2nd St.

Pontiac, IL. 61764                           Springfield, IL. 62706

Phone: (815) 842-2816                        Phone: (217) 782-0261

------------------------------------------------------------------------------------------------------------------------

Judge: Harold Baker                          Nature of Suit Code:  550

Court Reporter: Toni Judd                    Date Filed in District Court:  12/16/02

                                             Date of Judgment: 8/18/04

                                             Date of Notice of Appeal: 8/25/04

Counsel:   ___Appointed       ___Retained   _X__Pro Se

Fee Status:    ___Paid    _X__Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes       X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central	Docket No.: 02-1408

Division: Peoria

**Plaintiff (Petitioner)	Short Caption	Defendant (Respondent)**

Larry Young, Appellant (B-01435)	v.	Burger, etal

---

**Current Counsel for Plaintiff (Petitioner):**	**Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young, B01435	Name: Chris Higgerson

Firm: C/O Pontiac Corr Center	Firm: AG

Address: PO Box 99	Address: 500 S. 2nd St.

Pontiac, IL. 61764	Springfield, IL. 62706

Phone: (815) 842-2816	Phone: (217) 782-0261

---

Judge: Harold Baker	Nature of Suit Code: 550

Court Reporter: Toni Judd	Date Filed in District Court: 12/16/02

	Date of Judgment: 8/18/04

	Date of Notice of Appeal: 8/25/04

Counsel:   ___Appointed      ___Retained   _X__Pro Se

Fee Status:   ___Paid     _X__Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**