**E-FILED**
Thursday, 02 September, 2004 12:23:38 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES COURT OF APPEALS**

**SEVENTH CIRCUIT**

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |



TO: Court Reporter

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  04-3234                    Docketed on: 8/30/04
Short Caption:        Young, Larry v. Snyder, Donald N.
District Court Judge: Harold A. Baker
District Court No.:   02 C 1408

If you have any questions regarding this appeal, please call this office.

(1004-012490)