**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| LARRY YOUNG, | ) |
| | ) |
|     **Plaintiff,** | ) |
| vs. | )     **Case No.  02-1408** |
| | ) |
| C/O BURGER, et al., | ) |
| | ) |
|     **Defendants.** | ) |

**RESPONSE TO GOOD FAITH BRIEF**

NOW COMES Arthur D. Funk, M.D., by and through his attorneys, Heyl, Royster, Voelker & Allen, and in support of his Response to Plaintiff's Good Faith Brief, states as follows:

Plaintiff's Good Faith Brief is largely unintelligible and offers no sensible argument for allowing him to proceed *in forma pauperis* on appeal.  Indeed, Plaintiff's brief offers no factual assertion or argument in support of his claim against Dr. Funk for deliberate indifference to a serious medical need.  The only allegations in Plaintiff's brief that can arguably be related to an Eighth Amendment claim against Dr. Funk are as follows:

> Plaintiff seeks damages used "excessive force" by defendants who were "deliberately indifferent" to his serious "broken arm" medical need on the facts.
>
>                     ***
>
> The Supreme Court has adopted the "deliberate indifference" standard to Defendant "knew" Plaintiff faces substantial risk of serious harm and then disregard that risk by failing to take reasonable measures to abate it for the <u>improper reasons</u> stated in its March 10, 2994 order. (Good Faith Brief, p. 9, 12-13)(emphasis in original).

These facts are entirely insufficient to state a claim against Dr. Funk for deliberate indifference to a serious medical need.

Although a complaint need not contain a detailed outline of the basis of the claim, it must nevertheless contain either direct or inferential allegations respecting all the material

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

elements necessary to sustain a recovery under some viable legal theory. *Car Carriers, Inc. v. Ford Motor Co.*, 745 F.2d 1011, 1106 (7th Cir. 1984). In this case, it is unclear as to the nature of Plaintiff's "serious medical need." Moreover, the complaint offers no clue as to how, or in what manner, Dr. Funk purportedly responded, or failed to respond, to Plaintiff's condition. Under these circumstances, the complaint cannot possibly survive a Motion to Dismiss and an appeal of this Court's order granting this Defendant's Motion to Dismiss would be entirely frivolous. Accordingly, Plaintiff's appeal is not taken in good faith and his Motion to Proceed *in Forma Pauperis* should be denied.

By: _____
    HEYL, ROYSTER, VOELKER & ALLEN
         Craig L. Unrath
            #6207905

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

# PROOF OF SERVICE

Craig L. Unrath, one of the attorneys for the Defendant, Arthur Funk, M.D., certifies that the foregoing Response to Good Faith Brief was electronically filed in the United States District Court, Central District of Illinois, Peoria, Illinois, and one (1) copy of same was sent electronically *via* ECF or mailed to the following persons at the addresses shown by enclosing same in an envelope addressed to them and depositing same in a United States mailbox at Peoria, Illinois, on the 7th day of September, 2004.

Mr. Larry Young - *via* U.S. Mail
#B-01435
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Ms. Deborah L. Ahlstrand - *via* ECF
Office of the Attorney General
Civil Appeals Division
100 W. Randolph Street
State of Illinois Center
Chicago, IL 60601

_____
                    Craig L. Unrath

CLU/dac
G:\15\N6315\N6315ACD 005 Resp Good Faith Brf 090704.wpd

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

3