**E-FILED**

Monday, 13 September, 2004 12:06:48 PM

Clerk, U.S. District Court, ILCD

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

**FILED**

**SEP 13 2004**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

September 10, 2004

**By the Court:**

| | |
|---|---|
| LARRY YOUNG, | ] Appeals from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Central District of |
| Nos. 04-1676 and 04-3233   v. | ] Illinois. |
| | ] |
| DONALD N. SNYDER, JR., Director, | ] No. 02 C 1408 |
| Director of Illinois Department | ] |
| of Corrections, JAMES M. SCHOMIG, | ] Harold A. Baker, Judge. |
| Warden, ARTHUR FUNK, Medical | ] |
| Director, et al., | ] |
|     Defendants-Appellees. | ] |

### O R D E R

The court, on its own motion, CONSOLIDATES these two appeals for purposes of briefing and disposition. No appellate filing and docketing fees are due for Appeal No. 04-3233 per Fed. R. App. P. 4(a)(4)(B)(iii). Proceedings in this consolidated matter, however, are suspended pending the resolution of fee status in Appeal No. 04-1676.