United States District Court
Central District of Illinois

Larry Young
  Plaintiff

vs

C/O Burger et al.,

Case No. 02-1408

FILED
SEP 20 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Memorandum of Law Legal Brief Opposed Defendant's Response To Good Faith Brief

Oral Argument Requested

United States District Court
Central District of Illinois

Larry Young
  Plaintiff
vs
C/o Burger et al,

Case No. 02-1408

To Clerk

Memorandum of Law Legal Brief
Opposed Defendant's Response To
Good Faith Brief

Now Come Larry Young had been diagnosed as "Schizophrenic" with "Broken Arm" And was receiving SSI [(Supplemental Security Income)] For The Conditions In The "Good Faith" where The Plaintiff is proceeding Prose, The Sufficiency of The Complaint Is Measured by Standards Which Are Substantially less Stringent Than Those Which Govern when Professional Counsel drafts The Complaint. See Haines v Kerner, 404 U.S. 519, 92 S.Ct 594, 30 L.Ed 652 (1972) Dr. Funk

Medical Director Defendant's knowingly maintained conditions so harsh as to "shock" the general conscience see Soto v. Dickey 744 F.2d 1260, 1268 (7th Cir 1984) failing to repair a "Broken Arm" defendants knew to exist Also the Supreme Court has held that an allegation of deliberate indifference will in the context of medical care, be sufficient to state an Eighth Amendment claim See Also Estelle v Gamble. 429 U.S. 97 104-05 97 S.Ct. 285 291, 50 L.Ed 2d 251 (1976) in good faith Plaintiff seek damages used "Excessive Force" by defendants who were deliberately indifferent to this serious "Broken Arm" medical need for pain medical need on the facts

The Supreme Court has Adopted The "deliberate Indifference" standard To Defendant's "knew" Plaintiff faces substantial risk of serious harm The "Courts" knew of serious harm And Then disregard That risk by Failing To Take reasonable Measures To Abate it For The improper reasons stated in its March 10, 2004 Order Show That The Conspirators Agreed to inflict "Pain And Punishment" upon Plaintiff's "Broke Arm," Also Show March 10 2004 Order was racial racially motivated hideous And despicable invidiously discriminatory Animus behind The defendants' Actions

denied "legal supply" for month of "September" while Plaintiff's is indigent had been diagnoses as "Schizophrenic" "Unable" to request certification forms from Law Library to provide Trust Fund a Statement certified by the appropriate institutional officer showing indigent during the last six months all request aimed at interfering with right documents request for two weeks, forms request for statement certified allowing Plaintiff to proceed in good faith This demonstrate the existence of a conspiracy a purpose of depriving a person of equal protection of the law an act in furtherance of a conspiracy with no explanation Plaintiff opposed response to defendants

who cause "harassment" without a explanation This inferential allegations all the missed material elements necessary to sustain a recovery under some viable legal theory while in Pontiac Correctional Center Segregation See Car Carriers Inc. v Ford Motor Co. 745 F.2d 1011, 1106 (7th Cir 1984) it clear plaintiffs' serious Medical need" Broken Arm Dr Funk conspired with the Defendant's an two member of the Adjustment Committee who were personally responsible Eighth Amendment due process equal protection right violation

# Certification Service

Larry Young herein certifies that he has served a copy of the foregoing Memorandum of Law Legal Brief Opposed Defendants' Response to Good Faith Brief upon Craig L Unrath #6267905 124 S.W. Adam Street Peoria Ill 61602-1352 Ms Deborah L. Ahlstrand via ECF Office of the Attorney General Civil Appeal Division 100 W Randolph St. State of Illinois Center Chicago Ill 60601

Larry Young #B01435
Pontiac Correctional Center
P.O Box 99  700 W Lincoln St
Pontiac Illinois 61764

*signature*

Date 9-15-04

*Notary*

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 16 DAY OF Sept 2004
*Sharon R Eden*
NOTARY PUBLIC

"OFFICIAL SEAL"
Sharon R. Eden
Notary Public, State of Illinois
My Commission Exp. 11/13/2005