E-FILED
Wednesday, 29 September, 2004  09:48:59 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

LARRY YOUNG
PLAINTIFF-APPELLANT
No. 04-3233   04-1676

DONALD N. SNYDER JR. DIRECTOR.
Director of Illinois Department
of Corrections; JAMES M. SCHOMIG
WARDEN, ARTHUR FUNK, MEDICAL
Director et al..
         Defendants Appellees.

APPEAL FROM THE UNITED
STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF
ILLINOIS

No. 02-1408

Honorable Harold A. BAKER
                       Judge

**FILED**
SEP 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff Appellant LARRY YOUNG had been diagnosed as Schizophrenic with Broken Arm and was receiving SSI [Supplemental Security Income] for the Conditions Statement as to Need of ORAL ARGUMENT Fed. R. App. P. 34(a)

1. Plaintiff is unable to afford Counsel
2. The Issues Involved "NOTICE OF APPEAL" are Complex
ORAL ARGUMENT REQUESTED

3. PLAINTIFF, AS A "Self-Option" "Schizophrenic" with "Broken Arm" UNTREATED INMATE has extremely limited access to law library NO STAFFING TRAIN FOR ASSISTANCE

4. The PLAINTIFF has A limited knowledge of law challenging district court's order

Date 9-22-04
LARRY YOUNG #B01435
PONTIAC Correctional Center
P.O BOX 99 700 W Lincoln St
PONTIAC Illinois 61764

Larry Young
X NOTARY X

SUBSCRIBED AND SWORN TO BEFORE
ME ON THIS 22 DAY OF September 2004
Jeannine Kohlmeyer
NOTARY PUBLIC

"OFFICIAL SEAL"
Jeannine Kohlmeyer
Notary Public, State of Illinois
My Commission Exp. 03/20/2006