UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

LARRY YOUNG
   PLAINTIFF APPELLANT
NO. 04-3233   04-1676
Donald N. SNYDER JR. et al

APPEAL FROM THE UNITED
STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF
ILLINOIS
NO. 02-1408

MEMORANDUM of LAW   Legal Brief

MOTION FOR THE APPOINTMENT OF COUNSEL

FILED
SEP 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"ORAL ARGUMENT REQUESTED"

NO. 04-1646 And 04-3233

Larry Young v Donald N Snyder et al

Appeal from the United States District Court for Central District of Illinois

NO. 02 C 1408

State of Illinois

County of Livinston ss

FILED
SEP 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

Larry Young, being duly sworn, deposes and says

1. I am the Plaintiff Appellant Larry Young in the above entitled case I make this Affidavit in Support of my Motion For The Appointment of Counsel

2. The Complaint in this case alleges that the Plaintiff was subjected to misuse of force by several Correctional Officer while cuff up Plaintiff was found "NOT GUILTY" Subsequently denied due process by the district Court March 10 2004 order

3. A Complex Case because it contains several different legal claims with each claim involving a different set of Known Enemies defendants

4. The Case involves Medical issues that may require expert Testimony

5. Plaintiff had been diagnosed as Schizophrenic Challenging Forma Pauperis SSI receiving [(Supplemental Security Income)]

6. The Case will require SSI documents and Medical depositions of denied proper Medical Treatment

7. The Testimony will be in sharp Conflict, since the Plaintiff alleges that the defendants Assaulted him, while the defendants in their disciplinary report Asserted that he Assaulted him And was Found "Not Guilty"

8) The Plaintiff has only a high school education and has no legal education that can remember today

9) The Plaintiff is serving a new sentence in punitive segregation for no reason no explaination has very limited access to legal supply materials and has no ability to investigate the facts

10. As set forth in the memorandum of law oral argument requested with this motion these facts along with the legal merit of the Plaintiff claims support the appointment of counsel to represent the Plaintiff

Wherefore the Plaintiffs' motion for the appointment of counsel should be granted. Darrin Young

Sworn to before me
22 day of September

OFFICIAL SEAL
Jeannine Kohlmeyer
Notary Public, State of Illinois
My Commission Exp. 03/20/2006

Jeannine Kohlmeyer   Notary

# CERTIFICATION SERVICE

I Larry Young herein certifies that he has served a copy of the foregoing Memorandum of Law Legal Brief Motion For The Appointment of Counsel Also Affidavit In Support of The Plaintiff Motion for The Appointment of Counsel Upon Ms Deborah L Ahlstrand via ECF Office of The Attorney General Civil Appeal Division 100 W Randolph St State of Illinois Center Chicago Ill 60601 Craig L Unrath 124 S.W. Adam Street Peoria Ill 61602-1352

Larry Young #B01435
Pontiac Correctional Center
P.O. Box 99 700 W Lincoln St
Pontiac Illinois 61764

X [signature] Larry Young

Date 9-22-04

X Notary X

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 22 DAY OF September 2004

[signature]

**OFFICIAL SEAL**
Jeannine Kohlmeyer
Notary Public, State of Illinois
My Commission Exp. 03/20/2006