10/05/2004 TUE 09:27 FAX 217 373 5834  U.S. DIST COURT → → → PEORIA CLERK ☒002
OCT-05-2004 09:59  JUDGE CUMMINGS  312 435 7549  P.01/01
1:02-cv-01408-HAB-JAG    # 93    Page 1 of 1
E-FILED
Thursday, 07 October, 2004  08:31:27 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: October 5, 2004

TO: District Court Clerk

RE: Notice to transmit the record

**FILED**
OCT 05 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

No. 04-1676 and 04-3233

LARRY YOUNG,
        Plaintiff - Appellant
  v.

DONALD N. SNYDER, JR., Director, Director of Illinois
Department of Corrections, JAMES M. SCHOMIG, Warden, ARTHUR
FUNK, Medical Director, et al.,
        Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 02 C 1408, Harold A. Baker, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)