E-FILED
Tuesday, 12 October, 2004  11:58:45 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:     October 6, 2004

TO:       John M. Waters
            United States District Court
            Central District of Illinois
            Room 309
            100 N.E. Monroe Street
            Peoria, IL  61602

**FILED**

OCT 08 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:    Gino J. Agnello, Clerk

RE:       04-3234
            Young, Larry v. Snyder, Donald N.
            02 C 1408, Harold A. Baker, Judge

            Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

            [X] No record filed
            [ ] Original record on appeal consisting of:

**ENCLOSED:**                                     **TO BE RETURNED AT LATER DATE:**
            [ ]       Volumes of pleadings                  [ ]
            [ ]       Loose pleadings                       [ ]
            [ ]       Volumes of transcripts                [ ]
            [ ]       Volumes of exhibits                   [ ]
            [ ]       Volumes of depositions               [ ]
            [ ]       In Camera material                    [ ]
            [ ]       Other_____ [ ]

                  Record being retained for use         [ ]
                  in Appeal No. _____

            Copies of this notice sent to:        Counsel of record
            [ ]       United States Marshal
            [ ]       United States Probation Office

**NOTE TO COUNSEL:**
            If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

            Please acknowledge receipt of these documents on the enclosed copy of this notice.

----------------------------------------------------------------

            Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.
Date: _____     _____
(1071-120397)                                   Deputy Clerk, U.S. District Court

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 14, 2004

Before

Hon. WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| LARRY YOUNG,<br>    Plaintiff-Appellant,<br><br>No. 04-3234    v.<br><br>DONALD N. SNYDER, JR., Director,<br>Director of Illinois Department<br>of Corrections, JAMES M. SCHOMIG,<br>Warden, ARTHUR FUNK, Medical<br>Director, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>]<br>] No. 02 C 1408<br>]<br>] Harold A. Baker,<br>]    Judge.<br>]<br>]<br>] |

    On August 18, 2004, the district court ordered the appellant to supplement his motion for leave to proceed in forma pauperis on appeal in appeal no. 04-1676. The appellant filed a document entitled "Notice of Appeal," challenging the August 18 district court order, and appeal no. 04-3234 was opened. A separate appeal from the district court's order, however, is unnecessary because the appellant is challenging only the district court's order relating to his in forma pauperis motion. If the district court denies his in forma pauperis motion, the appellant may file a renewed in forma pauperis motion with this court in appeal no. 04-1676. Accordingly,

    IT IS ORDERED that appeal no. 04-3234 is DISMISSED as unnecessary. Because a separate appeal should not have been opened, the appellate filing fees for appeal no. 04-3234 are waived.

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.