**E-FILED**
Wednesday, 20 October, 2004 12:31:41 PM
Clerk, U.S. District Court, ILCD

**FILED**

OCT 2 0 2004



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
TEL: 309.671.7117
FAX: 309.671.7120

**JOHN M. WATERS**
CLERK OF COURT

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

**U.S.C.A.—7th Circuit**
**RECEIVED**

OCT 1 2 2004 DP

October 7, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**04-1676**

**04-3233**

GINO J. AGNELLO
CLERK

RE: Larry Young v. Donald Snyder, et al.
D. C. Docket No. 02-1408
U. S. C. A. Docket No. 04-1676 and 04-3233

Dear Mr. Agnello:
    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

Volumes of Pleadings - 1

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A — 7th Cir.
**FILED**

OCT 1 2 2004 SK

GINO J. AGNELLO
CLERK

1785640-1

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

**ON AIMS**

OCT 1 2 2004

/s/ K. Burns
BY:_____
Deputy Clerk