**E-FILED**
Friday, 05 November, 2004  03:35:30 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 3, 2004

*Before*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| LARRY YOUNG,<br>        Plaintiff-Appellant,<br><br>Nos. 04-1676 and 04-3233        v.<br><br>DONALD N. SNYDER, JR., Director,<br>Director of Illinois Department<br>of Corrections, JAMES M. SCHOMIG,<br>Warden, ARTHUR FUNK, Medical<br>Director, et al.,<br>        Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 02 C 1408<br>]<br>] Harold A. Baker, Judge.<br>]<br>]<br>] |

FILED

NOV 0 5 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## ORDER

Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

IT IS ORDERED that the motion to proceed in forma pauperis is DENIED. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).

Upon consideration of appellant's Motion to Stay Mandate,

IT IS FURTHER ORDERED that the motion is DENIED because it is in essence a supplemental memorandum in support of appellant's motion to proceed as a pauper on appeal.