# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 29, 2004

**FILED**

JAN 03 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

*By the Court:*

| | |
|---|---|
| LARRY YOUNG,     Plaintiff-Appellant, | ] Appeals from the United ] States District Court for ] the Central District of |
| Nos. 04-1676 and 04-3233     v. | ] Illinois. ] |
| DONALD N. SNYDER, JR., Director, Director of Illinois Department of Corrections, JAMES M. SCHOMIG, Warden, ARTHUR FUNK, Medical Director, et al.,     Defendants-Appellees. | ] No. 02 C 1408 ] ] Harold A. Baker, Judge. ] ] ] |

On September 10, 2004, the court waived the appellate filing fees in appeal no. 04-3233 and suspended proceedings pending resolution of the fee status in appeal no. 04-1676. Accordingly,

IT IS ORDERED that this court's order dated November 3, 2004, is AMENDED to reflect that the appellant's in forma pauperis motion is DENIED only with respect to appeal no. 04-1676. No in forma pauperis motion was necessary in appeal no. 04-3233 because the court had waived the filing fees.