# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**Larry Young**

    vs.       Case Number:   **02-1408**

**Donald N Snyder, et al.**

### ORDER

    Pursuant to the **January 11, 2005** mandate, in appellate case number **04-1676**, from the United States Court of Appeals, Seventh Circuit **(#98)**, the agency having custody of the plaintiff, **Larry Young,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available. If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 28th day of January, 2005.

/s/ Harold A. Baker

_____
HAROLD A. BAKER
U.S. District Judge