E-FILED
Tuesday, 08 February, 2005 11:16:45 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Larry Young
Plaintiff

vs

Donald N Snyder, et al
Defendants

To Clerk

Case Number 02-1408

**FILED**
FEB - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Notice of Appeal

Now come Plaintiff Larry Young file Notice of Appeal this pursuant to the January 11 2005 mandate in Appellate Case Number 04-1676 Plaintiff Appellant file "Motion Recall" mandate from the United States Court of Appeal An evidentiary hearing is warranted Appeal This order entered this 28th day of January, 2005

Larry Young #B01436
Pontiac Correctional Center
P.O Box 99 700 W Lincoln St
Pontiac Illinois 61764

[signature]

Date 2-2-05

## Certificate of Service

I hereby Certify that I cause a copy of the foregoing Notice of Appeal upon Lisa Madigan Attorney General 500 South Second Street Springfield Illinois 62706

Larry Young #B01436
Pontiac Correctional Center
P.O. Box 99  700 W Lincoln St
Pontiac Illinois 61764

*[signature]* #B01436
Date
2-2-05

X Notary X

# United States District Court

CENTRAL DISTRICT OF ILLINOIS



FILED
JAN 2 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Larry Young**

vs.  Case Number: **02-1408**

**Donald N Snyder, et al.**

### ORDER

Pursuant to the **January 11, 2005** mandate, in appellate case number **04-1676**, from the United States Court of Appeals, Seventh Circuit **(#98)**, the agency having custody of the plaintiff, **Larry Young,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available. If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 28th day of January, 2005.

s/ Harold A. Baker

HAROLD A. BAKER
U.S. District Judge