## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois             Docket No.: 02-1408

Division: Peoria, Illinois

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Larry Young B01435                    v.    Burger, et al.

---------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young B-01435                     Name: Christopher Higgerson

Firm: Pontiac Correctional Center             Firm: IL Attorney General

Address: PO Box 99                            Address: 500 S Second St.

Pontiac, IL 61764                             Springfield, IL 62706

Phone: (815) 842-2816                         Phone: (217) 557-5091

---------------------------------------------------------------------------------------------------------------------

Judge: Harold A. Baker                        Nature of Suit Code: 555

Court Reporter: Toni Judd                     Date Filed in District Court: 12/16/2002

                                              Date of Judgment: 1/28/05 pleading

                                              Date of Notice of Appeal: 2/8/05

Counsel:    ___Appointed    ___Retained    X Pro Se

Fee Status:    ___Paid    X Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**