# In The
# United States Court of Appeals
# For The Seventh Circuit

No. 02 C 1408

LARRY YOUNG
PLAINTIFF-Appellant

vs

Donald N. Snyder Jr. Director
Illinois Department of Corrections
Defendants—Appellees

U.S.C.A. — 7th Circuit
FILED
MAR 03 2005 DDS
GINO J. AGNELLO
CLERK

U.S.C.A. — 7th Circuit
RECEIVED
MAR 3 - 2005 PG
GINO J. AGNELLO
CLERK

FILED
MAR 07 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

United States Court of Appeal For The Seventh Circuit

Appeal No. 05-1304

TB Clerk

PETITION FOR LEAVE TO FILE AND PROCEED ON APPEAL IN FORMA PAUPERIS

I, LARRY YOUNG PLAINTIFF-Appellant had been diagnosed as Schizophrenic with broken arm and was receiving "SSI" (Supplemental Security Income) for the condition do hereby move this Court for leave to file the above entitled cause in forma pauperis; said motion is supported by the attached affidavit of financial status

Larry Young
God love you
Plaintiff - Petitioner

United States Court of Appeals
219 S. Dearborn Street Suite 2722
Chicago, ILL. 60604
ATTN Prisoner/Pro Se Clerk
ORAL ARGUMENT REQUESTED.

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

LARRY YOUNG ) Appeal from the United States District Court for the
) CENTRAL District of ILLINOIS
v.   Case No. 02-C1408 )
) District Court No. 05-1304
Donald N. Snyder Jr. Dir. ) District Court Judge Hon. Harold A Baker
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621)
Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 2-22-05

My issues on appeal are: Coverup Conspiracy Denied Punitive damages excessive force Failure Follow Rule/Improper disciplinary hearing who Found him "NOT GUILTY" Plaintiff Appellant "NOT GUILTY" reached an Agreement

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | | $0 | $0 |
| Other (specify):_____ | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $0 | $0 | $0 | $0 |

1

ORAL ARGUMENT REQUESTED

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)
N/A
N/A
N/A

Other real estate (Value)
N/A
N/A
N/A

Motor Vehicle #1 (Value)
Make & year: N/A
Model: N/A
Registration # N/A

Motor Vehicle #2 (Value)
Make & year: N/A
Model: N/A
Registration # N/A

Other assets (Value)
N/A
N/A
N/A

Other assets (Value)
N/A
N/A
N/A

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? [ ] Yes [X] No <br> Is property insurance included? [ ] Yes [X] No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) N/A | $ 0 | $ 0 |
| Food  N/A | $ 0 | $ 0 |
| Clothing  N/A | $ 0 | $ 0 |
| Laundry and dry-cleaning  N/A | $ 0 | $ 0 |
| Medical and dental expenses  N/A | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses  N/A | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc.  N/A | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) <br> Homeowner's or renter's | $ 0 | $ 0 |

3

| | | | |
|---|---|---|---|
| Life | N/A | $ 0 | $ 0 |
| Health | N/A | $ 0 | $ 0 |
| Motor vehicle | N/A | $ 0 | $ 0 |
| Other: | N/A | $ 0 | $ 0 |

Taxes (not deducted from wages or included in mortgage payments) (specify): N/A $ 0 $ 0

Installment payments $ 0 $ 0

| | | | |
|---|---|---|---|
| Motor Vehicle | N/A | $ 0 | $ 0 |
| Credit card (name): | N/A | $ 0 | $ 0 |
| Department store (name): | N/A | $ 0 | $ 0 |
| Other: | N/A | $ 0 | $ 0 |

Alimony, maintenance, and support paid to others  N/A   $ 0   $ 0

Regular expenses for operation of business, profession, or farm (attach detail)   $ 0   $ 0

Other (specify): N/A   $ 0   $ 0

Total monthly expenses:   $ 0   $ 0

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No   If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [ ] No   If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

N/A
N/A
N/A

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No   If yes, how much? $ _N/A_

If yes, state the person's name, address, and telephone number:

N/A
N/A
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

"BROKEN ARM" denied proper Medical Treatment cause Pain and Punishment diagnosed Schizophrenic

13. State the address of your legal residence.

Pontiac Correctional Center
P.O Box 99  700 w Lincoln ST
Pontiac Ill   61764

Your daytime phone number: (___) _____

Your age: _49_  Your years of schooling: _____

Your social-security number: 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

IN THE
# UNITED STATES COURT OF APPEALS

LARRY YOUNG  
CASE NO. 02-C-1408  
PLAINTIFF APPELLANT  
v  
DONALD N SNYDER JR  
Director of Illinois Department of Corrections JAMES M SCHOMIG WARDEN ARTHUR FUNK MEDICAL DIRECTOR et al  
Defendant Appellees

Appeal from the United States District Court for the Central District of Illinois  
DIST. COURT NO 05-1309  
Honorable  
HAROLD A BAKER  
Judge

# MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

LARRY YOUNG B01435  
Pontiac Correction Center  
P.O BOX 99 700 W Lincoln ST  
Pontiac Illinois 61764

# ORAL ARGUMENT REQUESTED

IN THE
_UNITED STATES COURT OF APPEALS_
_FOR THE SEVENTH CIRCUIT_

LARRY YOUNG  )
Plaintiff,  )
  )  Case No. 05-1304
v. 02 C 1408  )
  )
Donald N Snyder Jr Director  )
Defendant  )

## PROOF/CERTIFICATE OF SERVICE

TO: LISA MADIGAN
100 West Randolph ST.
Chicago Illinois 60601

TO: Heyl Royster Voelker Allen
124 S.W. Adams Street Suite 600
Peoria Ill 61606

PLEASE TAKE NOTICE that on February 25, 2005, I have placed the documents listed below in the institutional mail at PONTIAC Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: PONTIAC Correctional Center
P.O Box 99  700 W Lincoln ST
Pontiac Illinois 61764

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-25-05

/s/ [signature]
NAME: LARRY YOUNG
IDOC#: B01435
PONTIAC Correctional Center
P.O. BOX 99
PONTIAC, IL 61764

Revised Jan 2002

# CERTIFICATE

**(To be completed for prisoners only. This is a statement by the prison and not the prisoner)**

I hereby certify that the plaintiff/petitioner in this action has the sum of $ -2176.34 in his trust fund account at this correctional center where he is confined. I further certify that the plaintiff/petitioner has the following securities to his credit according to the records of this institution:

_____

_____

*Janet Jones*
Authorized Officer

Pontiac Correctional Center

*Acct Clerk II*
Title

2/24/05
Date

**IMPORTANT:**

**THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S/PETITIONER'S TRUST FUND ACCOUNT.**