# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

FILED
MAR 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: March 14, 2005

By the Court:

No. 04-3233

LARRY YOUNG,
        Plaintiff - Appellant

v.

DONALD N. SNYDER, JR., Director, Director of Illinois
Department of Corrections, JAMES M. SCHOMIG, Warden, ARTHUR
FUNK, Medical Director, et al.,
        Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 02 C 1408, Harold A. Baker, Judge

    On September 10, 2004, appeals 04-1676 and 04-3233 were consolidated for purposes of briefing and disposition. The $255 appellate fee in appeal 04-3233 was WAIVED pending resolution of the fee status in appeal 04-1676.

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court in appeal 04-1676 on December 29, 2004 and was given 14 days to pay the $255 filing fee. The pro se appellant has not paid the $255 appellate fee in appeal 04-1676 and the case was dismissed on January 3, 2005. Accordingly, since these appeals were consolidated and the $255 was not paid in appeal 04-1676, **IT IS ORDERED** that this appeal is also **DISMISSED** for failure to pay the required docketing fee in appeal 04-1676 pursuant to Rule 3(b). The $255 appellate fee remains waived in appeal 04-3233 and due in appeal 04-1676.

(1252-PLRA(g)-041299)

A True Copy:
Teste:

*[signature]* Deputy

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE:   March 14, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Gino J. Agnello, Clerk

RE:     04-3233
        Young, Larry v. Snyder, Donald N.
        02 C 1408, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____
(1203-052495)                            Deputy Clerk, U.S. District Court