CERTIFIED COPY

E-FILED
Monday, 09 May, 2005  02:41:40 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date:  May 6, 2005

By the Court:

No. 05-1304

LARRY YOUNG,
            Plaintiff - Appellant
  v.

DONALD N. SNYDER, JR., Director, Director of Illinois Department of Corrections, JAMES M. SCHOMIG, Warden, ARTHUR FUNK, Medical Director, et al.,
            Defendants - Appellees

**FILED**
MAY -9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 02 C 1408, Harold A. Baker, Judge

    The pro se appellant has failed to pay the required fee as directed in this court's 4/8/05 fee letter. The 3/3/05 motion for leave to proceed on appeal in forma pauperis is DENIED as MOOT. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $255 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).

(1256-PLRA(r)-082499)



A True Copy:
Desiree St Germain Deputy

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   May 6, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Gino J. Agnello, Clerk

RE:     05-1304
        Young, Larry v. Snyder, Donald
        02 C 1408, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:       Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1202-052495)                          Deputy Clerk, U.S. District Court