E-FILED
Thursday, 23 March, 2006  09:16:13 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**

MAR 2 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF RECORD RETURN

**DATE:** March 21, 2006

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

**FROM:** Gino J. Agnello, Clerk

**RE:** 04-3233 & (04-1676)
Young, Larry v. Snyder, Donald N.
02 C 1408, Harold A. Baker, Judge

The mandate or agency closing letter in this cause issued on 3/14/05.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | | |
|---|---|---|
| [ ] | | Volumes Administrative Record |
| [1] | | Volumes Pleadings |
| [ ] | | Loose Pleadings |
| [ ] | | Volumes Transcripts |
| [ ] | | Volumes Exhibits |
| [ ] | | Volumes Depositions |
| [ ] | | In Camera material |
| [ ] | | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

--------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit

Date: 3/22/06                                    s/ C. Lambie

(1073-042591)                     Deputy Clerk, U.S. District Court
                                  or Agency Representative

RECEIVED
2 2006
CLERK'S OFFICE
PEORIA, ILLINOIS