IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LARRY YOUNG, B-01435, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-1408 |
| | ) |
| C/O BURGER, C/O CRAMER, LIEUTENET C/O TAYLOR, C/O STARKEY, LT. SHAW, COUNSELOR JENNIFER R. MELVIN, ASST. WARDEN JORDAN, JORDAN, MELODY FORD ARB, DONALD SNYDER DIRECTOR, LEORA HARRY ARB CHAIR, ARTHUR FUNK MEDICAL DIRECTOR, ROBERT RADMACHER ARB CHAIRPERSON, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO REOPEN**

NOW COME Defendants, MATTHEW TAYLOR, MICHAEL BURGER, CRAIG CRAMER, JOEL STARKEY, CLETUS SHAW, JENNIFER MELVIN, ADELLA JORDAN-LUSTER, MELODY FORD, DONALD SNYDER, JAMES SCHOMIG, RONALD GRUBER, and LEORA HARRY, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files their Response to Plaintiff's Motion to Reopen. In support thereof, Defendants state as follows:

1. On July 31, 2006, Plaintiff filed a Motion to Reopen[1]. [Court Document # 110].

---
[1] Plaintiff did not serve the undersigned with said Motion.

2. In Plaintiff's Motion, it appears that he is alleging that one of his "conviction or sentence " should be "reopened" since the Fourth District Appellate Court reversed and remanded same. (Plaintiff's Motion, p. 1-2).

3. Defendants argue that Plaintiff's Motion should be denied.

4. Defendants assert that from the face of Plaintiff's Motion, it appears that said Motion does not concern the instant Defendants or the allegations against them in this matter, i.e. a May 20, 2002 disciplinary report and the discipline thereto and refusal to be uncuffed. Instead, Plaintiff's Motion concerns one of his criminal convictions from Livingston County.

5. Furthermore, the Order attached to his Motion supports the Defendants' assertion.

6. Likewise, Plaintiff's Motion does not contain any allegations to support a relief from judgment as provided under Federal Rule of Civil Procedure 60.

7. Therefore, the Plaintiff has not adequately shown why this matter should be reopened or the March 10, 2004 Order and Judgment reconsidered.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court deny Plaintiff's Motion to Reopen.

>Respectfully submitted,
>
>MATTHEW TAYLOR, MICHAEL BURGER, CRAIG CRAMER, JOEL STARKEY, CLETUS SHAW, JENNIFER MELVIN, ADELLA JORDAN-LUSTER, MELODY FORD, DONALD SNYDER, JAMES SCHOMIG, RONALD GRUBER, and LEORA HARRY,
>
>>Defendants,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>>Attorney for Defendants,
>
>BY: s/Julie Morgan
>>Julie Morgan, #6271352
>>Assistant Attorney General
>>Attorney for Defendants
>>Office of the Illinois Attorney General
>>500 South Second Street
>>Springfield, IL  62706
>>Telephone:  (217) 782-9029
>>Facsimile:  (217) 524-5091
>>jlmorgan@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LARRY YOUNG, B-01435, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-1408 |
| | ) |
| C/O BURGER, C/O CRAMER, LIEUTENET C/O TAYLOR, C/O STARKEY, LT. SHAW, COUNSELOR JENNIFER R. MELVIN, ASST. WARDEN JORDAN, JORDAN, MELODY FORD ARB, DONALD SNYDER DIRECTOR, LEORA HARRY ARB CHAIR, ARTHUR FUNK MEDICAL DIRECTOR, ROBERT RADMACHER ARB CHAIRPERSON, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2006, I electronically filed Defendants' Response to Plaintiff's Motion To Reopen with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

none

and I hereby certify that on August 2, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Larry Young, B-01435<br>
Pontiac Correctional Center<br>
700 West Lincoln Street, PO Box 99<br>
Pontiac, IL 61764

                                                        Respectfully submitted,

                                                         s/Julie Morgan
                                                        Julie Morgan, #6271352
                                                        Attorney for Defendants
                                                        Office of the Illinois Attorney General
                                                        500 South Second Street
                                                        Springfield, IL 62706
                                                        Telephone: (217) 782-9029
                                                        Facsimile: (217) 524-5091
                                                        jlmorgan@atg.state.il.us