05415-N6315
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY YOUNG, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No   02-1408 |
| ) | |
| OFFICER BURGER, et al., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO REOPEN**

NOW COMES the Defendant, ARTHUR D. FUNK, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Motion to Reopen the case, states:

1. Plaintiff's Motion to Reopen references a criminal matter which has nothing to do with the cause of action filed against Dr. Funk.

2. The fact that Plaintiff has a criminal case which has been remanded for further proceeding has no bearing whatsoever on the cause of action filed in Federal Court for a civil claim against the defendant physician, Dr. Funk.

3. The decision attached to Plaintiff's Motion to Reopen has no bearing and no effect whatsoever upon the claims made against Dr. Funk and the summary judgment previously granted in his favor.

4. Accordingly, Defendant prays that this Court will deny Plaintiff's Motion to Reopen this case.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N6315
TMP/ej

        Respectfully submitted,

        ARTHUR D. FUNK, M.D., Defendant,

        HEYL, ROYSTER, VOELKER & ALLEN,
        Attorneys for Defendant,

BY:   /s/Theresa M. Powell
        Theresa M. Powell, #6230402
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL  62705
        Phone: (217) 522-8822
        Fax:    (217) 523-3902
        E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N6315
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed **Response to Plaintiff's Motion to Reopen** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Julie Morgan
>jmorgan@atg.state.il.us

and I hereby certify that on August 11, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>Larry Young, B-01435
>Pontiac Correctional Center
>P. O. Box 99
>Pontiac, IL 61764

>/s/Theresa M. Powell
>Theresa M. Powell, #6230402
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:    (217) 523-3902
>E-mail: tpowell@hrva.com

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822